———o———

JOHN POWERS, Assignee of JOHN STEINRAUF & BRO., Respondent, *vs.* JEMIMA LINDELL, *et al.*, Appellants.

1. Moran vs. Lindell, ante, p. 229 affirmed.

*Appeal from St. Louis Circuit Court.*

*Wilbur F. Boyle,* for Appellants. See brief in Moran vs. Lindell, ante.

*Thos. Grace,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

The facts in this case are similar in all respects to those presented in the case of Moran vs. Lindell, *et al.*, decided at the present term. In accordance with the views therein expressed the judgment will be affirmed.

The other Judges concur.